UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2558**

East Brunswick Township Board of Education v. D.S.
(D.N.J. No. 2-21-cv-08279)

**ORDER**

Pursuant to Federal Rule of Civil Procedure 5.2 (made applicable by Federal Rule of Appellate Procedure 25(a)(5)) and Third Circuit Local Appellate Rule 113.12, personal identifier information must be redacted from most filings. These identifiers include Social Security numbers, names of minor children, financial account numbers, dates of birth, and home addresses in criminal cases. **Litigants are responsible for redacting documents.** This Court's Local Appellate Rules are available at www.ca3.uscourts.gov.

The parties should comply with these privacy rules in any future filings. The Clerk will not review each filing for compliance. This order has no impact on any filings in the District Court, and the parties should address any issues regarding those filings with that Court.

The District Court used the initials of A.S. when docketing the case, which was filed by the Appellant, East Brunswick Township Board of Education. The District Court also docketed the case using the initials of the defendants/appellees, the parents of A.S. It is noted that A.S. was already eighteen (18) when the District Court action was filed.

The Clerk has docketed this action using the initials of A.S. and A.S.'s parents instead of their full names. If, however, Appellees wish to continue using their initials on appeal, Appellees must file in this Court a separate motion requesting such relief. Appellees must address what effect, if any, the fact that A.S. was eighteen (18) at the time the District Court action was filed has on their motion to proceed using initials. In addition, as it does not appear that Appellees' full names are in any of the District Court filings, Appellees must provide the Court with their full names to insure proper internal processing of this appeal. If Appellees are filing a motion to proceed under initials, their

full names should be filed in a separate SEALED response to this Order.  Otherwise, Appellees may file a letter response indicating they are not proceeding under initials and disclosing their full names.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: August 30, 2023
Sb/cc: All Counsel of Record