UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2558**

East Brunswick Township Board of Education v. D.S.
(D.N.J. No. 2-21-cv-08279)

**ORDER**

     Appellant seeks review of the District Court's July 28, 2023 order, granting in part and denying in part Defendants' motion for summary judgment. Because it does not appear that Defendants' counterclaim has been adjudicated, and because this order has not been certified under Federal Rule of Civil Procedure 54(b), this may not be an appealable order. See, e.g., TMA Fund, Inc., v. Biever, 520 F.2d 639, 641 (3d Cir. 1975) ("[W]here the order granting summary judgment did not adjudicate the counterclaim, all the claims of all the parties were not decided. The order thus is not a final, appealable order under 28 U.S.C. § 1291.") It is noted that Defendants/Appellees filed a motion for reconsideration of the order on appeal on August 4, 2023. Within fourteen (14) days of the date the District Court enters an order on the pending motion for reconsideration, all parties must file written responses addressing this Court's authority over the appeal.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: August 30, 2023
Sb/cc:   All Counsel of Record