# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

JODI S. HOWLETT, Partner
jhowlett@cgajlaw.com

**Reply to: Matawan Office**

September 13, 2023

**<u>Via ECF</u>**
Office of the Clerk
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

Re:   East Brunswick Board of Education v. D.S., et. al.
       Case No. 23-2558

Dear Sir or Madam:

As you are likely aware, this firm represents Appellant East Brunswick Board of Education ("Board") in the above-referenced matter. We are in receipt of your Order, dated August 30, 2023, requesting a written response to whether the Board's Appeal, filed on August 25, 2023, is a final order entitled to review by the Court of Appeals for the Third Circuit. On behalf of the Board, the undersigned respectfully submits this correspondence as its written response to your request.

## **PROCEDURAL HISTORY**

1.   On or about June 26, 2019 D.S. and M.S. o/b/o A.S. filed a Parental Request for Due Process Hearing ("Due Process Petition") with the Office of Special Education Policy and Procedure ("OSEP") seeking, inter alia:

(i)   a Court order requiring the District to place A.S. in an out-of-district placement with the Lewis School until such time as the end of the school year in which she turns age 21 and for the District to pay for said placement;

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com

Office of the Clerk
United States Court of Appeals for the Third Circuit
September 13, 2023
Page 2

    (ii)    District provision and payment of transportation to and from the out-of-district program;

    (iii)    A finding that the District has denied A.S. a FAPE in the LRE and a declaration of Parents as the prevailing party;

    (iv)    A finding that Parents' 10-day unilateral placement notice was proper and that the unilateral placement as the Lewis School was appropriate and provides FAPE for A.S. in the LRE and that the district is liable to reimburse Parents with full tuition, all other related fees and costs, and transportation fees and costs as a result of having to unilaterally place A.S. at the Lewis School;

    (v)    Compensatory education, compensatory damages, and punitive damages for the violation of the IDEA, Section 504, Child Find, Section 1983 and the 14th Amendment Due Process, the law Against Discrimination, New Jersey Civil Rights Act, and the Americans with Disabilities Act;

    (vi)    Reimbursement for any and all past and future out-of-pocket expenses, including evaluations, counselling, all costs, attorney's fees, and any other fees, as well as any and all expert fees, costs, and litigation costs, and fees and costs associated with this action;

    (vii)    Compensatory damages;

    (viii)    Attorney's fees and costs.

2. A plenary hearing was held before this Court on August 10, August 12, and August 14, 2020.

3. The ALJ rendered her final Decision and Order on January 5, 2021, finding favorably for Parents, denying all relief to the District.

4. Specifically, the ALJ found (i.) the District did not provide A.S. with a FAPE in the LRE and granted Parents reimbursement for the unilateral placement and continued placement at The Lewis School and compensatory education in the amount of fifty hours.

5. The District commenced appeal of ALJ Crowley's Decision in the United States District Court District of New Jersey by way of Complaint, filed on April 5, 2021.

Office of the Clerk
United States Court of Appeals for the Third Circuit
September 13, 2023
Page 3

6.     Thereafter, on or about August 18, 2021, Defendant's Counsel Julie Warshaw, Esq. filed an Order to Show Cause seeking an Order compelling the District to comply with ALJ Crowley's Final Decision and Order entered January 5, 2021, requiring the District to reimburse Defendants for costs associated with the unilateral placement of A.S. at the Lewis School of Princeton, drafting an IEP placing A.S. at the Lewis School of Princeton, and for compensatory education in the amount of fifty hours.

7.     On November 23, 2022, Plaintiff's counsel filed Brief in Opposition to Show Cause and Motion for Stay.

8.     On July 28, 2023, Judge Martinotti issued an Order and Opinion in this matter upholding Judge Crowley's January 5, 2021 Final Decision and Order.

9.     On August 25, 2023, East Brunswick filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit appealing Judge Martinotti's July 28, 2023 Order.

10.    On August 30, 2023, the Clerk for the United States Court of Appeals for the Third Circuit issued an order advising that "within fourteen (14) days of the date the District Court enters an order on the pending motion for reconsideration, all parties must file written responses addressing this Court's authority over the appeal.

**LEGAL ARGUMENT**

The Clerk's August 30, 2023 order provides, in relevant part, that "[b]ecause it does not appear that Defendants' counterclaim has been adjudicated… this may not be an appealable order."

To be clear, Defendants' appeal is seeking judicial review of Judge Martinotti's Opinion upholding the ALJ's determination that Defendants are the "prevailing party" under 20 U.S.C. § 1415(i)(3)(B). Defendants' counterclaim, however, is unrelated to the merits of the underlying

Office of the Clerk
United States Court of Appeals for the Third Circuit
September 13, 2023
Page 4

appeal, and is merely a premature attempt to receive attorneys' fees and costs. In fact, this is emphasized in Judge Martinotti's Text Order dated September 13, 2023, rejecting Defendants' fee application:

> **TEXT ORDER: On August 31, 2023, Defendants were advised they "may, after resolution of the pending Appeal (ECF No. 69), file a formal motion for attorneys fees and costs." (Op. (ECF No. 71) at 2.) The [72] motion is administratively terminated. Defendants, if appropriate, may ask to have the motion reopened after resolution of the appeal. SO ORDERED by Judge Brian R. Martinotti on 09/13/2023. (lr, ).**

See 2:21-cv-08279-BRM-JSA, Doc. No. 73 (emphasis in original).

It would be nonsensical to continue the underlying Crossclaim, conduct discovery, potentially additional motion practice, and receive the resulting award of attorneys' fees by the U.S.D.C. *prior* to granting East Brunswick an appeal on the issue of whether Parents are "prevailing party" as a matter of law. Further, it would be a waste of precious judicial resources to not consider the threshold issue of whether Judge Martinotti's Opinion should be upheld, and whether Defendants are entitled to attorneys' fees *at all*, before full adjudication as to the amount of fees to which they are entitled. As stated in Aluminum Co. of Am. v. Beazer E., Inc., 124 F.3d 551, 561 (3d Cir. 1997), a finding that Judge Martinotti's Opinion is a final decision "is consistent with the policy rationales underlying the final order rule: minimizing the possibility of piecemeal appeals, according due deference to trial court judges, and promoting the conservation of judicial resources. 124 F.3d at 561.

## CONCLUSION

Office of the Clerk
United States Court of Appeals for the Third Circuit
September 13, 2023
Page 5

In light of the foregoing, the undersigned respectfully requests the United States Court of Appeals for the Third Circuit accept East Brunswick's appeal of the Opinion of Honorable Brian R. Martinotti, U.S.D.J., dated July 28, 2023.

Respectfully submitted,

s/ *Jodi Howlett*

Jodi S. Howlett
JSH/tb