OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 20, 2023

Jodi S. Howlett, Esq.
Cleary Giacobbe Alfieri & Jacobs
955 State Route 34
Suite 200
Matawan, NJ 07747

RE: East Brunswick Board of Education v. D. S., et al
Case Number: 23-2558
District Court Case Number: 2-21-cv-08279

Dear Counsel:

Pursuant to our docketing letter dated **August 30, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: Julie M.W. Warshaw, Esq.