UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2558

East Brunswick Township Board of Education v. D.S.

**ORDER**

This appeal will not be submitted to a motions panel for possible dismissal due to a jurisdictional defect at this time. This order does *not* represent a finding of jurisdiction in this matter. As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination of jurisdiction.

The appellees have filed a motion for summary affirmance. Any response must be filed within ten days of this order. If that motion is denied or referred to the merits panel, a briefing schedule will be issued at the appropriate time thereafter. The parties should address jurisdiction in their briefs. See Fed. R. App. P. 28(a)(4) & 28(b).

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: January 26, 2024

kr/sb/cc: Jodi S. Howlett, Esq.
          Julie M.W. Warshaw, Esq.