January 31, 2024

**<u>Via ECF only</u>**
Office of the Clerk
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

Re: East Brunswick Board of Education v. D.S., et. al.
Case No. 23-2558

Dear Sir or Madam:

Please be reminded that this firm represents Appellant East Brunswick Board of Education ("Board") in the above-referenced matter. By way of background, the Appeal in this matter was docketed on August 30, 2023. Upon receipt, the Court issued an Order [5] directing "all parties [to] file written responses addressing this Court's authority over the appeal." On September 13, 2023, the parties filed the written responses addressing the issue of jurisdiction [9], [10].

Thereafter, on or about October 10, 2023, the Court issued a Notice of Assignment for Telephone Mediation. On December 18, 2023, the parties participated in Mediation, which was unsuccessful.

On or about January 10, 2024, Appellees' counsel filed "Motion of Appellees for Summary Affirmance of District Court's Order Granting Summary Judgment" [19]. On or about January 26, 2024, this Court issued an Order which states, in part, that "Any response [to the Motion for Summary Affirmance] must be filed within ten days of this order."

On behalf of the Board, the undersigned respectfully requests an extension of time in which to file a response to Appellee's Motion for Summary Affirmance for 30 days up to and including Wednesday, March 6, 2024.

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com

Office of the Clerk
United States Court of Appeals for the Third Circuit
January 31, 2024
Page 2

Thank you for your time and consideration of this matter.

Respectfully submitted,

s/ *Jodi Howlett*

Jodi S. Howlett
JSH/tb
c: Julie Warshaw, Esq. (via ECF filing only)

4861-7025-7569, v. 3