CLEARY GIACOBBE ALFIERI JACOBS, LLC
Mark A. Wenczel, Esq. (Attorney ID # 017841992)
169 Ramapo Valley Road, UL 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601
Email: mwenczel@cgajlaw.com
Attorneys for East Brunswick Township Board of Education

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION,<br><br>Appellant,<br><br>v.<br><br>D.S. & M.S. o/b/o A.S.,<br><br>Appellees. | *Civil Action*<br><br>Docket No. A-23-2558<br>(DNJ 2:21-cv-08279)<br><br>**SUBSTITUTION OF ATTORNEY** |
|---|---|

The undersigned attorneys hereby consent to the substitution of Mark A. Wenczel, Esq., Cleary, Giacobbe, Alfieri, Jacobs, LLC, as counsel for East Brunswick Township Board of Education in the above-captioned matter.

Withdrawing Attorney for Respondent,
East Brunswick Township Board of Education,

By: _/s/ Jodi S. Howlett_
    Jodi S. Howlett, Esq.
    Attorney ID # 039272007

Dated: April 8, 2024

CLEARY, GIACOBBE, ALFIERI & JACOBS, LLC
Superseding Attorneys for Respondent,
East Brunswick Township Board of Education,

By: _s/ Mark A. Wenczel_
    Mark A. Wenczel, Esq.
    Attorney ID # 017841992

Dated: April 08, 2024

4871-0910-1749, v. 1