UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-091

No. 23-2558

EAST BRUNSWICK BOARD OF EDUCATION,
Appellant

v.

D.S. and M.S., o/b/o A.S.

(D.N.J. No. 2-21-cv-08279)

Present: SHWARTZ, CHUNG and SMITH, Circuit Judge

1. Motion by Appellees for Summary Affirmance;

2. Response by Appellant in Opposition

           Respectfully,
           Clerk/sb

_____ORDER_____
The foregoing motion by Appellees for summary Affirmance is DENIED.

           By the Court,

           s/ Cindy K. Chung
           Circuit Judge

Dated: April 15, 2024
SB/JK/cc:     All Counsel of Record