# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

MARK A. WENCZEL, Partner
mwenczel@cgajlaw.com

**Reply to: Oakland Office**

May 24, 2024

**Via ECF only**
Office of the Clerk
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

Re:   East Brunswick Board of Education v. D.S., et. al.
      Case No. 23-2558

Dear Sir or Madam:

This firm represents Appellant East Brunswick Board of Education ("Board") in the above-referenced matter. By way of background, the Appeal in this matter was docketed on August 30, 2023. By Order dated April 15, 2024, the Court denied Appellees Motion for Summary Affirmance [28]. By Briefing and Scheduling Order of even date, a briefing schedule was issued [29] setting May 28, 2024 as the deadline for the filing of Appellant's brief and the joint appendix.

Pursuant L.A.R. 31.4, we are respectfully requesting a 14-day extension in the amount of time to file same. This is our first request. The Appellees counsel has been notified of this request.

This request is respectfully submitted as Appellant's former counsel of record, who was involved in the extensive underlying proceedings left this firm on February 29, 2024, requiring extensive additional time in the preparation of the brief and appendix of this matter.

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com

Office of the Clerk
United States Court of Appeals for the Third Circuit
May 24, 2024
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Mark A. Wenczel*
Mark A. Wenczel, Esq.

c:      Julie Warshaw, Esq. (via ECF filing only)
         Arsen Zartarian, Esq.